# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-ROYBAL

| | |
|---|---|
| DERRIS DENISE MCCLAIN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 5:16-cv-02430-PLA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that fees and expenses in the amount of $2900 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: September 14, 2017

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Derris Denise McClain